```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    08 Cr. 319 (DLC)
UNITED STATES OF AMERICA,                :
                                         :        ORDER
           -v-                           :
                                         :
CHRISTOPHER MARTIN,                      :
                                         :
              Defendant.                 :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08

DENISE COTE, District Judge:

As set forth on the record on April 9, 2008, it is hereby

ORDERED that appointed counsel, Peggy Cross, is relieved as counsel for the defendant and the appearance by Bruce Provda is accepted.

Dated:   New York, New York
         April 10, 2008

                                    _____
                                           DENISE COTE
                                    United States District Judge