✍ **ORIGINAL**

*JUDGE COTE*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

    - v -                        :     NOTICE OF INTENT TO
                                       FILE AN INFORMATION
CHRISTOPHER MARTIN,             :

                                :     07 Mag. 1973
             Defendant.      :

- - - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           March 31, 2008

**08 CRIM 319**

                              MICHAEL J. GARCIA
                              United States Attorney

                By:   */s/ signature*
                        Nicholas S. Goldin
                        Assistant United States Attorney

AGREED AND CONSENTED TO:

                By:   */s/ signature*
                        Bruce Provda, Esq.
                        Attorney for CHRISTOPHER MARTIN

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: ___*

4/4/08   WHEEL A