UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

      v.                                  :

CHRISTOPHER MARTIN,                  :            08 Cr. \_\_\_\_

      Defendant.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 CRIM 319

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1344, 1029(a)(1) and 1029(a)(4), and Title 31, United States Code, Section 5324(a)(3) and being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Bruce Provda, Esq.
Counsel for Defendant

Date:   New York, New York
        April 9, 2008



0202