

Bruce Provda, Esq.
Attorney at Law
150-14 Village Road
Unit C
Jamaica, NY 11432
Tel.: (917) 664-0469
Fax.: (866) 502-1947

**MEMO ENDORSED**

August 4, 2008

Honorable Denise Cote
United States District Court
Southern district of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/08
```

**Re:   United States v. Christopher Martin**
       Case No.: 08-cr-319

Dear Judge Cote,

I am the attorney for Christopher Martin. The purpose of this letter is to modify Mr. Martin's conditions of release in reference to the drug screening.

**FACTS:**

Mr. Martin has been successfully attending the drug screening program for the past seven moths. Mr. Martin calls every single day to check whether he needs to attend the drug screening program the following day. As a result Mr. Martin is forced to leave work unexpectedly, and this causes him great hardship.

**CONSENT:**

My office has spoken with Assistant U.S. Attorney Nicholas S. Goldin and Pre-Trial officer Dina Naftaliev in reference to modifying Mr. Martin's release conditions. Assistant U.S. Attorney Nicholas S. Goldin and Pre-Trial officer Dina Naftaliev has no objections to modification of the drug screening process and agreed to limit the drug screening to once a month.

**REQUEST:**

      For these reasons I respectfully request that Mr. Martin's conditions of release be modified and the drug screening limited to once a month.

      Should your Honor have any questions or concerns please do not hesitate to contact me at your convenience.

                                                         Respectfully yours,

                                                         Bruce Provda, Esq.
                                                         150-14 Village Road
                                                         Unit C
                                                         Jamaica, NY 11432

*[Handwritten note:]* Request for modification is approved.

*[Signed]* [illegible signature]
August 7, 2008